SUSAN RAFFANTI, SBN 120993
483 - 9th Street, Suite 200
Oakland, CA 94607
(510) 451-2825 tel.
(510) 225-3945 fax
sraffanti@gmail.com

Attorney for Defendant
LAURA CATON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) No. CR-10-00395 PJH |
| Plaintiff, | ) **STIPULATION FOR ORDER AND ORDER ALLOWING DEFENDANT TO TRAVEL** |
| vs. | ) |
| LAURA CATON, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through their counsel that defendant LAURA CATON may travel to the Wisconsin, leaving this District on November 20, 2011, and returning on November 25, 2011.

United States Pretrial Service Officer for Paul Mamaril does not oppose Ms. Caton's travel as proposed by this stipulation, assuming her continued compliance with the pretrial conditions of release. Ms. Caton has already provided her itinerary and contact information to Mr. Mamaril. In addition, Ms. Caton is to communicate with the supervising Pretrial Services Officer during and immediately after her travel, as directed by Pretrial Services.

US v Caton CR 10-00395 Stipulation and Order Re Travel - 1

All other terms of Ms. Caton's initial pretrial release shall remain in effect.

SO STIPULATED.

Dated: October 31, 2011

/s/
KESLIE STEWART
Assistant United States Attorney

Dated: October 31, 2011

/s/
SUSAN RAFFANTI
Attorney for Defendant
LAURA CATON

SO ORDERED.

Dated: 11/15/11

_____
The Honorable Magistrate Judge
DONNA RYU